HARDMAN TIRE AND RUBBER COMPANY v. STANDARD VULCANITE PEN COMPANY.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ ·

PENNSYLVANIA FIRE INSURANCE COMPANY v. ETHEL M. PRENTICE and Others, as Executors, etc.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

DOMENICO IANNONE, as Administrator, etc., v. THE WEBER-McLOUGHLIN COMPANY.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

ROBERT RYAN v. THE CITY OF NEW YORK.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

SAMUEL ROSENTHAL and Others v. THOMAS LIGHT.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

GEORGE R. HAMILTON v. HARVEY A. WILLIS and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

GEORGE·R. HAMILTON v. HARVEY A. WILLIS and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

CLARA H. MONTGOMERY v. JOSEPH P. MONTGOMERY.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

FANNY MILLER, as Administratrix, etc., v. METROPOLITAN DISTRIBUTORS and Others.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

FRANK W. BAUM, Individually, etc., v. VICTOR W. STOCKWELL, as Assignee, etc., and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

In the Matter of EDWARD H. GRAHAM, Deceased.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

MASON PEARSON and Others v. ALFRED H. SMITH COMPANY.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

JAMES J. FRAWLEY v. JOHN J. DIETZ.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

AXEL W. HALLENBORG v. WILLIAM C. GREENE and Others.— Motion to